IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAR -1  A 10: 18
DEBRA P. HACKETT, CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07CR44-TFM |
| ) | (18 U.S.C. 641) |
| SHAKIRA A. DOWELL ) | |
| ) | |
| ) | INFORMATION |
| ) | |

The United States Attorney charges:

## COUNT

On or about the 26th day of November 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, SHAKIRA A. DOWELL did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_Kent Brunson_
KENT BRUNSON
Assistant United States Attorney

_[signature]_
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 26 November 2006, I observed via closed circuit monitors, SHAKIRA A. DOWELL, the wife of an active duty Army Sergeant (E5), in the women's clothing section of the AAFES Exchange store. DOWELL moved the cosmetics from the top portion of the cart to the lower section and then carefully covered the items with sales flyers. A few minutes later, she rearranged the items and again covered then with the flyers. DOWELL shopped around the store for some time, but at approximately 2:46 PM she again rearranged the cosmetics and recovered them with the flyers. DOWELL continued to shop around the store, but finally went through central checkout where she paid for several items, but not the cosmetics under the flyers. I waited until DOWELL was completely outside the store and in the parking lot before I detained her. I identified her and escorted her to the security office. Security Forces was called and responded. While awaiting for Security Forces' arrival, DOWELL related she had forgotten to pay for the cosmetics that had been covered, she claimed when the flyers fell on top of them. Security Forces removed the items she paid for and the flyers, and recovered seven cosmetic items. The items were: (1) Clinique brow shaper, $12.00; (1) Elizabeth Arden Color Intrigue Lipstick, $15.50; (1) Lancome Paris Blush Subtil, $23.25; (1) Lancome Paris Star Gloss, $16.00; (1) Lancome Paris LExtreme Mascara Allongeant, $18.50; (1) Lancome Paris Le Stylo Waterproof Eyeliner, $18.50; and (1) Estee Lauder Artists Lip Pencil, $15.50. Total value of items is $119.25. DOWELL was transported to the Law Enforcement Desk for further processing.

_____
ROBERT G. SMITH

Subscribed and sworn to before me this 21st day of February, 2007.

_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS