IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | 2:07CR44-TFM |
| | ) | |
| SHAKIRA DOWELL | ) | |

## **ORDER**

The court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

**ORDERED** that the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

Done this the 29th day of March, 2007.

/s/Terry F. Moorer
**TERRY F. MOORER**
**U. S. MAGISTRATE JUDGE**