IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. NO.: 2:07cr44-TFM |
| ) | |
| **SHAKIRA DOWELL** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, **SHAKIRA DOWELL,** in the above-styled case.

Dated this 5th day of April 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Neal Frazier, Esquire
Special Assistant United States Attorney
50 Lemay Plaza South
Montgomery, Alabama 36112

Kent B. Brunson, Esquire
US Attorney's Office
One Court Square, Suite 201
Montgomery, AL 36104

                Respectfully submitted,

                s/Jennifer A. Hart
                **JENNIFER A. HART**
                FEDERAL DEFENDERS
                MIDDLE DISTRICT OF ALABAMA
                201 Monroe Street, Suite 407
                Montgomery, AL 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                jennifer_hart@fd.org
                AL Bar Code: HAR189