AO86A (Rev. 4/91) Consent to Proceed—Misdemeanor

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA
V.

SHAKIRA DOWELL

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

Case Number: 2:07CR44-TFM

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.

X _/s/ Shakira Dowell_ , Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury.    _____
                                                              Defendant

Consented to by United States    _____
                                 Signature

                                 _____
                                 Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X _____ , Defendant

_____                    Approved By: _/s/ Tony Moorer_
Defendant's Attorney (if any)                          U.S. Magistrate Judge

                                                       5-8-7
                                                       Date

**SCANNED**