IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-44-TFM |
| | ) | |
| **SHAKIRA DOWELL** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, **Satura McPherson**, and enters her appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 6th day of June, 2007.

Respectfully submitted,

s/Satura McPherson
SATURA McPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/6035

## CERTIFICATE OF SERVICE

I hereby certify that on this date of June 6, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/Satura McPherson
SATURA McPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/6035
Fax:  334-953-2787