IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:07CR 44-TFM |
| | ) | |
| SHAKIRA DOWELL | ) | |

O R D E R

It is ORDERED that the Motion to Withdraw and Substitute filed by Counsel (Document 11) on June 5, 2007, be and is hereby GRANTED.

DONE, this 7th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE