IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:07-cr-44-TFM |
| | ) | |
| SHAKIRA DOWELL | ) | |
| | ) | **INFORMATION** |
| | ) | |
| | ) | |

**GOVERNMENT RESPONSE TO ORDER ON ARRAIGNMENT**

On 10 May 07, the United States District Court for the Middle District of Alabama Northern Division ordered that, on or before five days prior to the pretrial conference, the government advise the court in writing as to whether this case will be tried.  It is the intent of the government to proceed to trial.

Respectfully submitted,

s/Satura McPherson
SATURA MCPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 11 day of June, 2007, and in the matter of *United States v. Shakira Dowell,* 2:07-cr-44-TFM, I electronically filed the Government Response to Order on Arraignment with the Clerk of the Court using the CM/ECF system which will send notification to Attorney Jennifer A. Hart.

      Respectfully submitted,

      s/Satura McPherson
      SATURA MCPHERSON
      Special Assistant United States Attorney
      42 ABW/JA
      50 LeMay Plaza South
      Maxwell AFB AL  36112-6334
      (334) 953-2786