IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.        ) | CR. NO.: 2:07cr44-TFM |
| ) | |
| SHAKIRA DOWELL ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, Shakira Dowell, by and through undersigned counsel, Jennifer A. Hart, and pursuant to 18 U.S.C. §§ 3161(h)(2) and 3161(h)(8)(B)(I), respectfully moves this Court to continue the trial of this action from the present trial date of July 9, 2007, to the September 17, 2007 trial term, to allow for consideration of pretrial diversion in this matter. In support of this Motion, defendant would show:

1. Ms. Dowell has been charged by information in this district with theft of government property in violation of 18 U.S.C. § 641.

2. Ms. Dowell has applied for Pretrial Diversion and the Government is currently considering that request. If the Government agrees that diversion is the appropriate disposition of the case, the case will then be presented to the United States Probation Office for its determination of whether or not to accept Ms. Dowell into the program.

3. Because prosecution may be deferred/diverted if pretrial diversion is granted, it is in the interest of justice to continue the trial in this matter so as to allow Ms. Dowell the opportunity to pursue diversion. 18 U.S.C. §§ 3161(h)(2) and 3161(h)(8)(B)(I).

4. The Government, through Special Assistant United States Attorneys, Satura McPherson has no opposition to the granting of a continuance.

      **WHEREFORE**, defendant respectfully requests that this Motion be granted and that this case be continued until the September trial term.

    Dated this 21st day of June, 2007.

                                    Respectfully submitted,

                                    s/Jennifer A. Hart  
                                  **JENNIFER A. HART**  
                                  FEDERAL DEFENDERS  
                                  MIDDLE DISTRICT OF ALABAMA  
                                  201 Monroe Street, Suite 407  
                                  Montgomery, AL 36104  
                                  Phone: (334) 834-2099  
                                  Fax: (334) 834-0353  
                                  jennifer_hart@fd.org  
                                  AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Satura McPherson, Esquire
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB AL 36112-6334

Kent Brunson, Esquire
One Court Square, Suite 201
Montgomery, AL 36104

                                         Respectfully submitted,

                                         s/Jennifer A. Hart
                                         **JENNIFER A. HART**
                                         FEDERAL DEFENDERS
                                         MIDDLE DISTRICT OF ALABAMA
                                         201 Monroe Street, Suite 407
                                         Montgomery, AL 36104
                                         Phone: (334) 834-2099
                                         Fax: (334) 834-0353
                                         jennifer_hart@fd.org
                                         AL Bar Code: HAR189