IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07CR44-TFM |
| SHAKIRA DOWELL | ) | |

**ORDER**

The pretrial conference scheduled on 10/12/2007 is reset for 10/11/2007, at 2:00 p.m. before the undersigned Magistrate Judge in Courtroom 4-A.

Done this 21st day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE