## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:07-cr-44-TFM** |
| | ) | |
| **SHAKIRA DOWELL** | ) | |

## UNOPPOSED MOTION TO CONTINUE

**COMES NOW** the United States of America by and through its Attorney for the Middle District of Alabama, Satura McPherson, and pursuant to 18 U.S.C. § 3161(h), respectfully moves this Court to continue trial in this matter from the November 05, 2007 trial docket until on or after the January 2007 trial docket.

In support of this Motion, government counsel would show:

1. The parties have tentatively agreed that Ms. Dowell is an appropriate candidate for pretrial diversion.

2. The parties mutually agree that final approval of the diversion request by the U.S. Attorney, a background review by the United Sates probation office, and placement in the "diversion program" can not all take place on or before the currently scheduled trial date.

3. Therefore, it is in the interest of justice to continue trial so as to allow diversion process to be completed.

4. The defendant, through counsel, Jennifer Hart, does not oppose this requested continuance.

WHEREFORE, government counsel respectfully requests that this Motion be granted.

Dated this 12th day of October, 2007.

**s/SATURA MCPHERSON**
SATURA MCPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
(334) 953-2786

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

**s/ SATURA MCPHERSON**
SATURA MCPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
(334) 953-2786