IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. NO.: 2:07cr44-TFM** |
| ) | |
| **SHAKIRA DOWELL** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance on behalf of the Defendant, **SHAKIRA DOWELL,** in the above-styled case.

Dated this 19th day of October 2007.

                                                  Respectfully submitted,

                                                  s/ Michael J. Petersen
                                                  MICHAEL J. PETERSEN
                                                  Assistant Federal Defender
                                                  201 Monroe Street, Suite 407
                                                  Montgomery, Alabama 36104
                                                  Phone: (334) 834-2099
                                                  Fax: (334) 834-0353
                                                  E-mail: michael_petersen@fd.org
                                                  ASB-5072-E48M

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Neal Frazier, Esquire
Special Assistant United States Attorney
50 Lemay Plaza South
Montgomery, Alabama 36112

Kent B. Brunson, Esquire
US Attorney's Office
One Court Square, Suite 201
Montgomery, AL 36104

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M