IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-44-TFM |
| ) | |
| SHAKIRA DOWELL ) | |

**ORDER**

Upon consideration of the Motion to Withdraw as Attorney, filed November 1, 2007, and for good cause, it is

ORDERED that the motion is GRANTED..

DONE, this 2nd day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE